UNITED STATES of America, Plaintiff–Appellee,

v.

Troy LOGAN, Defendant–Appellant.

No. 02–7204.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 27, 2002.

Decided Dec. 18, 2002.

Troy Logan, Appellant Pro Se. Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy Logan seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Logan has not made a substantial showing of the denial of a constitutional right. *See United States v. Logan*, Nos. CR–00–6; CA–02–104 (W.D.N.C. July 15, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*